## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

JOHN H. PERSINGER

**Civil File No. 11-CV-2289 CM/KMH**

and

BRIANNE L. PERSINGER,

      Plaintiff,

vs.

                            **NOTICE OF DISMISSAL**
                            **WITH PREJUDICE**

MEDIATION RECOVERY CENTER, INC.,

      Defendant.

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                          Respectfully submitted,

Dated:  July 6, 2011                /s/ J. Mark Meinhardt
                              J. Mark Meinhardt KS # 20245
                              4707 College Blvd, Suite 100
                              Leawood, KS 66211
                              (913) 451-9797 (Telephone)
                              (913) 451-6163 (Facsimile)
                              meinhardtlaw@sbcglobal.net

                              **ATTORNEY FOR PLAINTIFF**